IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VALENTA M. POKE, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security )<br>)<br>  Defendant. ) | CASE NO. 1:12-cv-189-TFM<br>[wo] |

**<u>ORDER</u>**

Upon consideration of the Plaintiff's Application for Attorney Fees (Doc. 16) filed January 2, 2013, it is

ORDERED that Defendant shall file a response to this Application on or before January 14, 2013.

DONE this 3rd day of January 2013.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE